UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | MAGISTRATE ACTION NO. C-07-543 |
| | § | |
| DAVID ARROYO, *et al*, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL AS TO MATERIAL WITNESS MARIA VILLARREAL-SAENZ

A detention hearing for material witness Maria Villarreal-Saenz was held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  The witness is detained because there is a serious risk that she will not appear for court as required.  The witness is an undocumented alien from Mexico.  If released on bond she is subject to a detainer placed by the Immigration and Customs Enforcement (ICE) and would be scheduled for deportation.  If deported, the witness would not be available to serve as a witness in this matter.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person

in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 21st day of September, 2007.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE