UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| VS. | § § | CRIMINAL ACTION NO. C-07-525 |
| DAVID ARROYO, *et al*, | § § § | |
| Defendants. | § | |

## ORDER GRANTING MOTION FOR RELEASE OF MATERIAL WITNESSES

The Court, having considered the Government's Motion For Release of Material Witnesses, finds that the witnesses in this case should be released from the custody of the United States Marshals Service and delivered to the Bureau of Immigration and Customs Enforcement. It is therefore,

ORDERED that **Olvin Galindo-Giron, Abel DeJesus Cruz-Sanchez, Franklin DeJesus Perez-Gomez, and Maria Villarreal-Saenz**, be released forthwith from the custody of the United States Marshals Service, and into the custody of the Bureau of Immigration and Customs Enforcement. It is further,

ORDERED that the Clerk of the Court shall provide a copy of this order to the United States Marshals Service.

SIGNED and ORDERED this 28th day of November, 2007.

_____
Janis Graham Jack
United States District Judge